JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL J. HURST,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, a municipal corporation; WALTER TIBBET, in his capacity as Chief of Police for CITY OF ALAMEDA; RYAN DERESPINI, individually, and in his capacity a police officer for CITY OF ALAMEDA; IAN SUMMIT, individually, and in his capacity as a police officer for CITY OF ALAMEDA; and, DOES 1-25, inclusive,<br><br>　　　　Defendants.<br>_____ / | Action No. C-08-02518-WDB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

LAW OFFICES OF GAYLA B. LIBET

Dated: 5-16-08            By: /s/ Gayla B. Libet
　　　　　　　　　　　　　　　GAYLA B. LIBET, Esq.
　　　　　　　　　　　　　　　Attorneys for Plaintiff

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS