# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

GABRIEL J. HURST,

                           Plaintiff,      **SUMMONS IN A CIVIL CASE**

             V.                 CASE NUMBER:

CITY OF ALAMEDA, a municipal corporation; WALTER TIBBET, in his capacity as Chief of Police for CITY OF ALAMEDA; RYAN DERESPINI, individually, and in his capacity as a police officer for CITY OF ALAMEDA; IAN SUMMIT, individually, and in his capacity as a police officer for CITY OF ALAMEDA; and, DOES 1-25, inclusive, Defendants.

C08-02510 WDB ADR

TO:

CITY OF ALAMEDA, a municipal corporation; WALTER TIBBET, in his capacity as Chief of Police for CITY OF ALAMEDA; RYAN DERESPINI, individually, and in his capacity as a police officer for CITY OF ALAMEDA; IAN SUMMIT, individually, and in his capacity as a police officer for CITY OF ALAMEDA; and, DOES 1-25, inclusive, Defendants.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

JOHN L. BURRIS, Esq./SB # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200

GAYLA B. LIBET, Esq./SB # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
(510) 420-0324

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                       MAY 1 6 2008

CLERK                                                        DATE

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

NDCAO440