1  JOHN L. BURRIS, ESQ. SBN #69888
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  (510) 839-5200
5  (510) 839-3882 fax

6  GAYLA B. LIBET, ESQ. SBN 109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA 94609
8

9  Attorneys for Plaintiff

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14  GABRIEL HURST,                )   Case No.: C08-02518
                                  )
15          Plaintiff,             )   SUMMONS RETURNED EXECUTED
        v.                        )   SERVED: Office of the City Clerk
16                                )   for the City of Alameda
    CITY OF ALAMEDA, et al.,      )
17                                )
            Defendants.            )   PROOF OF SERVICE
18  _____)
19

AO 440 (Rev. 8/01) Summons in a Civil Action  Hurst v. City of Alameda

## RETURN OF SERVICE  City of Alameda

Service of the Summons and Complaint was made by me[1]  DATE  June 13, 2008

Name of SERVER: Joyce Bratton  TITLE: Process Server

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: Office of the City Clerk Vivian Moran, 2263 Santa Clara Ave. Rm 380, Alameda, CA 94501

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40 | $40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 13, 2008
Date

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th St, Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.