1 | JOHN L. BURRIS, ESQ. SBN #69888
2 | LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
3 | 7677 Oakport St., Suite 1120
Oakland, CA 94621
4 | (510) 839-5200
(510) 839-3882 *fax*
5 |

6 | GAYLA B. LIBET, ESQ. SBN 109173
LAW OFFICE OF GAYLA B. LIBET
7 | 486 – 41st Street, #3
Oakland, CA 94609
8 |

9 | Attorneys for Plaintiff

10

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13

14 | GABRIEL HURST,                            )   Case No.: C08-02518
                                              )
15 |          Plaintiff,                      )   SUMMONS RETURNED EXECUTED
          v.                                  )   SERVED: R. Derespini, Police Officer
16 |                                          )   for the City of Alameda
   | CITY OF ALAMEDA, et al.,                 )
17 |                                          )
   |          Defendants.                     )   PROOF OF SERVICE
18 | _____ )

19
20
21
22
23
24
25
26
27
28

AO 440 (Rev. 8/01) Summons in a Civil Action

Gabriel S. Hurst v. City of Alameda C08-02518

## RETURN OF SERVICE

R. Derespini, Police Officer

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE: June 16, 2008 |
| Name of SERVER: Ted Thrower | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: R. Dharmani, Records Clerk
Alameda Police Department
1555 Oak Street
Alameda, CA 94501

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40 | TOTAL $40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2008
Date

Signature of Server #693

842 46th Street, Oakland 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure