1  JOHN L. BURRIS, ESQ. SBN #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  (510) 839-5200
   (510) 839-3882 fax
5

6  GAYLA B. LIBET, ESQ. SBN 109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA 94609
8

9  Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  GABRIEL HURST,                    )   Case No.: C08-02518
                                      )
15          Plaintiff,                )   SUMMONS RETURNED EXECUTED
       v.                             )   SERVED: I. Summit, Police Officer
16                                    )   for the City of Alameda
    CITY OF ALAMEDA, et al.,          )
17                                    )
                                      )
18          Defendants.               )   PROOF OF SERVICE
                                      )
19  _____)

20

21

22

23

24

25

26

27

28

AO 440 (Rev. 8/01) Summons in a Civil Action

*Gabriel J. Hurst v. City of Alameda C08-02518*

## RETURN OF SERVICE

*I. Summit, Police Officer*

| | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE: June 16, 2008 |
| Name of SERVER: Ted Thrower | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: R. Dharmani, Records Clerk, Alameda Police Department, 1555 Oak Street, Alameda, CA 94501

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40 | TOTAL $40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 16, 2008

Signature of Server: [signed] #693

Address of Server: 842 46th Street, Oakland 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.