UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURST, | No. C 08-2518 (WDB) |
| Plaintiff, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| CITY OF ALAMEDA, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

To accommodate the Court's schedule, you are hereby notified that the Case Management Conference originally scheduled for August 20, 2008, at 4:00 p.m. has been rescheduled to **Monday, September 8, 2008, at 4:00 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference. **No later than seven days** prior to the case management conference, the parties must meet and confer and file a Joint Case Management Statement.

Dated: August 11, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:    Sarah Weinstein
           Law Clerk/Deputy Clerk