UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HURST,

        Plaintiff,

   v.

CITY OF ALAMEDA, et al.,

        Defendant(s).
_____/

No. C 08-2518 WDB

NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

    To accommodate the parties' schedule, you are hereby notified that the Case Management Conference originally scheduled for September 8, 2008, at 4:00 p.m. has been rescheduled to **Monday, October 6, 2008, at 4:00 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference. **No later than seven days** prior to the case management conference, the parties must meet and confer and file a Joint Case Management Statement.

Dated: August 19, 2008

                                        Richard W. Wieking, Clerk
                                        United States District Court

*Sarah Weinstein*

                              By:   Sarah Weinstein
                                    Law Clerk/Deputy Clerk